EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* RAMÓN ABOY, JR., acusado y apelante.

No. 3277.—*Visto:* Marzo 8, 1928. *Resuelto:* Abril 26, 1928.

*Miguel Guerra* y *J. Valldejuli Jr.*, abogados del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Se trata de una acusación por el delito de portar armas prohibidas, o sea un revólver. La corte declaró culpable al acusado. El apelante señala dos errores, pero cada uno de ellos equivale a decir que la corte apreció la prueba erróneamente. El apelante comienza su alegato diciendo que en este caso no hubo conflicto de prueba, pero nos sentimos obligados a resolver que lo hubo.

No hay duda alguna de que en determinado momento en el Teatro Municipal el acusado estaba en posesión de un revólver. Hubo algún conflicto de prueba respecto a si él entregó el revólver a la persona encargada de la cantina o si la policía se la ocupó personalmente. Hallamos que tal conflicto carece de importancia. Algunos de los testigos declararon en el sentido de que hubo una lucha entre el acusado y otra persona y que el acusado le quitó el revólver a ésta

y lo entregó a un tercero, según se ha dicho. Parte de esta prueba proviene de las manifestaciones hechas por el mismo acusado. Por otra parte, hubo un conflicto de prueba y la corte tenía derecho a creer, entre otras cosas, que el acusado se enfureció por habérsele extraviado su sombrero; que salió y fué a su automóvil, cogió un revólver y regresó con él. Además la corte tenía derecho a no creer, inmediatamente que se probó positivamente que el acusado portaba un revólver, las explicaciones dadas por los testigos tendentes a excusar a dicho acusado. Si bien la presunción de inocencia está a favor de un acusado, éste está obligado a explicar satisfactoriamente su conducta una vez que se demuestra definitivamente que porta un revólver. No podemos convenir con el apelante en que los tramoyistas del teatro son personas que no merecen crédito alguno. Son iguales a cualesquiera otros testigos, hasta que algo ocurra durante el juicio que dé lugar a que se ponga en duda su credibilidad. Toda la prueba tendió a demostrar la culpabilidad del acusado.

*La sentencia apelada debe ser confirmada.*